JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE TORRES,

              Plaintiff,

   v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

              Defendant.

Case No. 5:20-cv-01886-MAA

**JUDGMENT**

     In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and that this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED:  February 10 , 2022

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE